UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

DAVID JANSON

    Plaintiff(s)

 (vs)

BAYSIDE STATE PRISON, ET AL.

    Defendant(s)

**JUDGMENT**

Civil #09-3336 (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 23, 2010 and no timely objection having been filed,

IT IS, on this 2<sup>d</sup> day of August, 2010

ORDERED that the report of Hon. John W. Bissell dated April 23, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff David Janson.**

            _____
            HON. ROBERT B. KUGLER, U.S.D.J.